Loren McGUIRE, Appellant,

v.

ASSOCIATED ELECTRIC COOPERATIVE, Continental Casualty Company, and Treasurer of Missouri as custodian of Second Injury Fund, Respondents.

No. WD 48391.

Missouri Court of Appeals, Western District.

March 8, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 1994.

Application to Transfer Denied June 21, 1994.

Russell C. Still, Columbia, for appellant.

Roland P. Walker, Columbia, for respondents.

Before ULRICH, P.J., and BRECKENRIDGE and SPINDEN, JJ.

## ORDER

PER CURIAM.

Loren McGuire appeals from the Labor and Industrial Relations Commission's final award finding him 40 percent permanently disabled and denying his claim for permanent, total disability benefits from the Second Injury Fund. We affirm the judgment. Rule 84.16(b).